v.

**APPLE INC., Defendant–Cross–Appellant.**

Nos. 2014–1734, 2015–1400, 2015–1557.

United States Court of Appeals, Federal Circuit.

May 4, 2016.

**OIL STATES ENERGY SERVICES, LLC, Appellant,**

v.

**GREENE'S ENERGY GROUP, LLC, Appellee.**

No. 2015–1855.

United States Court of Appeals, Federal Circuit.

May 4, 2016.

Allyson Newton HO, Morgan, Lewis & Bockius LLP, Dallas, TX, argued for appellant. Also represented by John Clay Sullivan; Clay Erik Hawes, Ryan B. McBeth, Archis Vasant Ozarkar, Houston, TX.

John Joseph Feldhaus, Foley & Lardner LLP, Washington, DC, argued for appellee. Also represented by Andrew Richard Cheslock, Bradley D. Roush.

Jeremiah Helm, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for intervenor Michelle K. Lee. Also represented by Thomas W. Krause, Joseph Matal, Scott Weidenfeller.

MOORE, O'MALLEY, and HUGHES, Circuit Judges.

### JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**